# PD-0899-15

FILED IN
14th COURT OF APPEALS
HOUSTON. TEXAS

AUG 14 2015

CHRISTOPHER A. PRINE
COURT CLERK

MAILED

NO._____

LUKE WAYNE HILTON § IN THE COURT OF

vs. § CRIMINAL APPEALS

§ OF TEXAS

THE STATE OF TEXAS

### PRO SE MOTION REQUESTING LEAVE TO FILE

### AN ORIGINAL COPY ONLY OF THE

### PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Luke Wayne Hilton, in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the following:

1. The style and appeal number in the Court of Appeals are: **Luke Wayne Hilton v. The State of Texas**, Appeal No. 14-14-00777-CR.

2. The Petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b)(1), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3. The facts relied upon to show good cause for this request are, as

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

1

follows: The Petitioner is indigent and incarcerated and does not have access to a photo copier. The Petitioner is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully request that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted,

_Luke W. Hilton_
LUKE WAYNE HILTON [PRO SE]
TDCJ #1956994
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

## CERTIFICATE OF SERVICE

The Petitioner hereby certify that a true and correct copy of the foregoing Motion has been mailed via U.S. mail to the Office of the Criminal District Attorney for Harris County, 1201 Franklin St., 6th fl., Houston, Texas 77002, and mailed via U.S. mail to the Office of the State Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, on the ___6___ day of __Aug.__, 2015.

_Luke W. Hilton_
LUKE WAYNE HILTON

2